UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE SHADUR

MAGISTRATE JUDGE BROWN

UNITED STATES OF AMERICA )
)
v. ) No. 01 CR 561
) Violation: Title 21, United
LANS PATRICK, ) States Code, Section 963
  also known as "Dexter," and )
WITCLIFFE A. PLUMMER, )
  also known as "J.C.", )
  "Clive" )

DOCKETED NOV 1 3 2001

FILED NOV 8 2001

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The SPECIAL MAY 2001 GRAND JURY charges:

1. Beginning at the latest in or about June 2000, and continuing until in or about July 2000, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

LANS PATRICK,
also known as "Dexter," and
WITCLIFFE A. PLUMMER,
also known as "J.C.","Clive,"

defendants herein, did conspire with each other and with others known and unknown to the grand jury, knowingly and intentionally to import into the United States from a place outside the United States, namely Jamaica, at least 500 grams of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance, and at least 100 grams of mixtures containing heroin, a Schedule I Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960.

2. It was part of the conspiracy that defendants LANS PATRICK and WITCLIFFE A. PLUMMER and others, agreed to and did cause to be unlawfully imported into the United States from Jamaica

cocaine and heroin, by having couriers swallow pellets containing heroin and cocaine and by having couriers conceal heroin and cocaine on their person and within their luggage.

3. It was part of the conspiracy that defendants LANS PATRICK and WITCLIFFE A. PLUMMER and others managed and controlled the recruitment of the people who traveled to Jamaica to obtain the cocaine and heroin and deliver it to the United States.

4. It was further part of the conspiracy that defendants LANS PATRICK and WITCLIFFE A. PLUMMER and others, in order to enable the couriers to illegally import the heroin and cocaine into the United States from Jamaica, supplied the couriers with airline tickets, cash for traveling expenses and places to stay while in Jamaica.

5. It was further part of the conspiracy that in or about June 2000, defendants WITCLIFFE A. PLUMMER and LANS PATRICK arranged for and purchased airline tickets for two couriers to travel to Jamaica from Chicago. On or about June 21, 2000, the two couriers flew from Chicago to Jamaica.

6. It was further part of the conspiracy that on or about June 25, 2000, the two couriers flew to New York City from Jamaica with approximately 2,135.7 grams of cocaine and 496.5 grams of heroin concealed on their person and inside of their luggage.

7. It was further part of the conspiracy that on or about June 26, 2000, defendant LANS PATRICK attempted to locate the two

couriers, who had not reported as directed. In fact, unbeknownst to defendants, the two couriers had been arrested at John F. Kennedy Airport in New York City on June 25, 2000.

8. It was further part of the conspiracy that the defendants used telephones and coded language to discuss, facilitate and arrange the transportation of the heroin and cocaine from Jamaica into Chicago and New York City.

All in violation of Title 21, United States Code, Section 963.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

No. 01CR561

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

vs.

LANS PATRICK, also known as "Dexter"
and
WITCLIFFE A. PLUMMER, also known as "J.C.,"
"Clive"

INDICTMENT

Violations: Title 21, United States
Code, Section 963

A true bill,

_____ Foreman

Filed in open court this 8TH day of November, A.D. 2001

MICHAEL W. DOBBINS

_____ Clerk

_____ Deputy Clerk

Bail, $ _____

PO 880.320